■ ELLIS CLARK WELLMAN, JR., Respondent, v RONALD V. AJELLO, Appellant, et al., Defendant. (Appeal No. 1.) [893 NYS2d 910]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered January 7, 2009 in an action pursuant to RPAPL article 15. The order, among other things, denied the motion of defendant Ronald V. Ajello for a directed verdict.

■ ELLIS CLARK WELLMAN, JR., Respondent, v RONALD V. AJELLO, Appellant, et al., Defendant. (Appeal No. 2.) [893 NYS2d 798]—Appeal from a judgment of the Supreme Court, Oneida County (John W. Grow, J.), entered January 23, 2009 in an action pursuant to RPAPL article 15. The judgment declared that plaintiff is the owner of certain real property by adverse posses-

sion and directed defendant Ronald V. Ajello to remove and relocate his stockade fence.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.